[No. 26408-1-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH A. DAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00182-9, Frederick B. Hayes, J., entered September 8, 2000. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J.; Morgan, J., concurring separately.

[No. 26553-2-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK F. GARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00066-9, Toni A. Sheldon, J., entered October 19, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 26940-6-II.   Division Two.   June 14, 2002.]

MARIAN S. ENGLISH, *Appellant*, v. CARL D. ENGLISH, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-04708-6, Barbara D. Johnson, J., entered January 12, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27003-0-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY ANN MCCARTNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00178-8, Kenneth D. Williams, J., entered February 7, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.